**Opinion issued October 15, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00600-CV

_____

**RADHIKA SHAH, INDIVIDUALLY AND AS REPRESENTATIVE OF CHARM DENTAL, AND PARTHIV MEHTA, INDIVIDUALLY AND AS REPRESENTATIVE OF CHARM DENTAL, Appellants**

**V.**

**ARETHA DENNIS, INDIVIDUALLY AND AS REPRESENTATIVE OF LUNA DESIGN GROUP, INC., AND LUNA DESIGN GROUP, INC.,** Appellees

---

**On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Case No. 19-CCV-064584**

---

**MEMORANDUM OPINION**

Appellants, Radhika Shah, Individually and as Representative of Charm Dental, and Parthiv Mehta, Individually and as Representative of Charm Dental, representing that the parties have agreed to compromise and settle their differences in the underlying lawsuit, have filed an agreed motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Ten days have passed with no response. *See* TEX. R. APP. P. 10.3(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Because appellees did not sign the agreed motion, the court taxes costs against the appellant. *See* TEX. R. APP. P. 42.1(d). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Goodman.